

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 30, 2012



_____
Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
SCOTT L BEHNKE

Case No.: 11-31896-MDM

Chapter 13

Debtor

### ORDER CONFIRMING MODIFIED PLAN

The debtor's modified plan was filed on June 29, 2012. The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court and no objections were filed. Upon review of the modified plan and the entire file in the case, the Court finds that the modified plan meets the requirements of 11 U.S.C. section 1325

**IT IS ORDERED THAT:**

The debtor's modified chapter 13 plan is confirmed, with the following provisions.(This is only a summary, consult the modified plan for additional details.)

1. Payments:$4,050.00 monthly for remaining duration of the plan. This is a 60 month plan.

2. The Modified Plan Projects unsecured claims will receive:a pro rata share of not less than $13,218.00 or 100%, whichever is greater

3. Other Provisions that have changed from the most recently confirmed Chapter 13 plan are:none

4. All other terms and conditions of the original plan and Order Confirming Plan remain in full force and effect.

#####