UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-31896-mdm |
| SCOTT BEHNKE, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Scott Behnke has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Temporary reduce plan payments.

4. The reason(s) for the modification is/are: The debtor is having significant back pain. He has had to reduce his hours at work, and he has increased medical expenses for diagnosis and treatment.

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed or last modified on July 30, 2012, is modified as follows:

**2. Plan Payments**

The debtor shall pay $2,000.00 per month for the months of February, March, April, and May 2014. Beginning in June 2014 and for the duration of the plan, the debtor shall pay $4,050.00.

**7. Unsecured Claims**

**(A)** Creditors with allowed general unsecured claims not separately classified shall receive not less than 100% of the amount owed.

**(B)** The debtor's student loans shall be paid directly, outside the plan.

    B. _____ The unconfirmed Chapter 13 Plan dated is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for the debtor, Scott Behnke, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| | |
|---|---|
| /s/ Nathan E. DeLadurantey | February 18, 2014 |
| Counsel for the debtor | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: February 18, 2014.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

A copy of the foregoing filed electronically on February 18, 2014 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on February 18, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Trustee Thomas J. King
P.O. Box 3170
Oshkosh, WI  54903-3170

The attached creditor matrix

/s/Caitlin York, Paralegal
(Electronically file by)

```
Label Matrix for local noticing            CANDICA L.L.C.                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
0757-2                                     C O WEINSTEIN AND RILEY, PS                PO BOX 41067
Case 11-31896-mdm                          2001 WESTERN AVENUE, STE 400               NORFOLK VA 23541-1067
Eastern District of Wisconsin              SEATTLE, WA 98121-3132
Milwaukee
Tue Feb 18 14:06:32 CST 2014

(p)AMERICOLLECT INC                        BMO HARRIS BANK N.A.                       BMO Harris Bank N.A.
PO BOX 2080                                3800 WEST GOLF ROAD, SUITE 300             c/o Attorney Matthew J. Krawczyk
MANITOWOC WI 54221-2080                    ROLLING MEADOWS, IL 60008-4037             16650 W. Bluemound Rd., Suite 300
                                                                                      Brookfield, WI 53005-5970


Bank Of America                            Candica, L.L.C.                            Cbcs
Attn: Bankruptcy NC4-105-03-14             c/o Weinstein & Riley, P.S.                Po Box 164089
Po Box 26012                               2001 Western Ave., Ste. 400                Columbus, OH 43216-4089
Greensboro, NC 27420-6012                  Seattle, WA 98121-3132


Chase                                      Chase Bank USA, N.A.                       Diagnostic Serv of Wash Cnty C/O Americollec
Po Box 15298                               PO Box 15145                               PO Box 1566
Wilmington, DE 19850-5298                  Wilmington, DE 19850-5145                  Manitowoc WI 54221-1566


Discover Bank                              (p)DISCOVER FINANCIAL SERVICES LLC         ECMC
DB Servicing Corporation                   PO BOX 3025                                P. O. Box 75906
PO Box 3025                                NEW ALBANY OH 43054-3025                   St. Paul, MN 55175-0906
New Albany, OH  43054-3025


(p)BANK OF AMERICA                         Fed Adj Co                                 Glhegc
PO BOX 982238                              7929 N. Pt. Wash.                          2401 International Ln
EL PASO TX 79998-2238                      Milwaukee, WI 53217-3135                   Madison, WI 53704-3121


Harris N.A.                                IRS - Centralized Insolvency Operation     (p)INTERNAL REVENUE SERVICE
3800 Golf Rd Ste. 300                      PO Box 7346                                CENTRALIZED INSOLVENCY OPERATIONS
Rolling Meadows, IL 60008-4037             Philadelphia, PA 19101-7346                PO BOX 7346
                                                                                      PHILADELPHIA PA 19101-7346


Office of the U. S. Trustee                Omni Cr Svcs                               State Collection Servi
517 East Wisconsin Ave.                    333 Bishops Way 100                        Attn: Bankruptcy
Room 430                                   Brookfield, WI 53005-6223                  Po Box 6250
Milwaukee, WI 53202-4510                                                              Madison, WI 53716-0250


Village of Adell                           Nathan E. DeLadurantey                     Scott L Behnke
Rohnda Klatt, Treasurer                    DeLadurantey Law Office                    N172 Sauk Trail Rd
508 Seifert Street                         735 W. Wisconsin Avenue                    Cedar Grove, WI 53013-1428
Adell, WI 53001-1185                       Suite 720
                                           Milwaukee, WI 53233-2413


Thomas J. King                             Timothy S. Knurr
P.O. Box 3170                              6800 Washington Avenue
Oshkosh, WI 54903-3170                     PO Box 085600
                                           Racine, WI 53408-5600
```