THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 18, 2017

G. Michael Halfenger
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:  
SCOTT L BEHNKE  
N172 Sauk Trail Rd  
Cedar Grove, WI 53013  
    Debtors

Case No. 2011-31896-GMH-13

**ORDER REGARDING TRUSTEE'S MOTION TO DISMISS**

---

The Motion of the Chapter 13 Standing Trustee, Rebecca R. Garcia, to dismiss this case came for hearing before the Honorable G. Michael Halfenger, U.S. Bankruptcy Court Judge, in his courtroom in Milwaukee on the 10th day of January, 2017.

The Chapter 13 Trustee, Rebecca R Garcia, appeared in support of the Motion, and Attorney William Nickolai appeared via telephone on behalf of the debtor. After discussion;

IT IS HEREBY ORDERED: That the Trustee's Motion to Dismiss is denied.

IT IS FURTHER ORDERED: That the debtors shall complete the Chapter 13 Plan by July 31, 2017 in order to allow the debtor to cure the default under the plan.

IT IS FURTHER ORDERED: The denial of the Motion to Dismiss is without prejudice to the Trustee filing another Motion for any future defaults.

**Rebecca R. Garcia**  
**Chapter 13 Standing Trustee**  
**P O Box 3170**  
**Oshkosh, WI 54903-3170**  
**920.231.2150**  
**(Fax) 920.231.5713**  
**E-mail info@ch13oshkosh.com**

#####